THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. JUDSON B. WILDS, as Executor, etc., Respondent.— Judgment

and order affirmed, with costs, on the authority of *Equitable Life Assurance Society* v. *Wilds* (184 App. Div. 435). Present — Clarke, P. J., Smith, Page and Shearn, JJ.